THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Michael Angel White,       
 Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2004-UP-042
Submitted November 19, 2003 – Filed January 21, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Charles H. Richardson, of Columbia, 
 and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Michael White appeals his conviction 
 on charges of armed robbery, kidnapping, and assault and battery with intent 
 to kill. Counsel for White attached to the final brief a petition to be relieved 
 as counsel. White also submitted a pro se brief.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss White’s appeal 
 and grant counsel’s petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.